# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>MARTIN GARCIA (1),<br><br>　　　　　　Defendant. | Case No. 09CR2303-H<br><br>JUDGMENT AND ORDER<br>OF DISMISSAL |

Based upon the motion of the United States, the Court grants the government's motion to dismiss without prejudice the Indictment in the above entitled case against defendant Martin Garcia. The defendant is hereby discharged and the arrest warrant issued by then-Magistrate Judge Anthony J. Battaglia on June 17, 2009 is hereby recalled.

IT IS SO ORDERED AND ADJUDGED.

DATED: March 22, 2017

_____
HONORABLE MARILYN L. HUFF
UNITED STATES DISTRICT JUDGE

-1-